



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
UNITED STATES COURTHOUSE
200 N. W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102

Tim Leonard
DISTRICT JUDGE

(405) 609-5300

June 30, 2008

Committee on Financial Disclosure
Administrative Office of the United States Court
One Columbus Circle, N.E.
Washington, D. C.   20544

**Re: Amendment to 2007 Financial Disclosure Report**

Dear Committee:

Attached is the Amended Section VII and VIII of my Financial Disclosure Report for 2007.

Tim Leonard
United States District Judge

TL/jc
Enclosures

| I. Person Reporting (last name, first, middle initial)<br><br>Leonard, Tim D | 2. Court or Organization<br><br>U.S. District Court, Oklahoma | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>4301 U.S. Courthouse<br>200 N.W. Fourth Street<br>Oklahoma City, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Oklahoma Spike (Track & Field) Club |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -8 P 9 43
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | Oklahoma Public Employees Retirement | $ 13,912.80 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property # 1, Beaver Co, OK (1980 for $50,000) | C | Rent | K | R | | | | | |
| 2. Leonard Mt Inv LLC real estate Gunnison CO (2004 $300,000) | A | Rent | N | R | | | | | |
| 3. Oil & Gas Royalty Interest, Beaver Co, OK | E | Royalty | K | W | | | | | |
| 4. Oil & Gas Working Interest, Beaver Co, OK Armagost Unit | E | Royalty | L | W | | | | | |
| 5. Oil & Gas Working Interest, Beaver Co, OK, Leonard # 1 | D | Royalty | L | W | | | | | |
| 6. Oil & Gas Working Interest, Beaver Co, OK, Barby # 1 | D | Royalty | L | W | | | | | |
| 7. Oil & Gas Working Interest, Beaver Co, OK, Beard #1 | D | Royalty | L | W | | | | | |
| 8. Oil & Gas Royalty Interest, Meade Co, KS appraisal 3/18/97 | D | Royalty | K | Q | | | | | |
| 9. IRA Acct - Fidelity Growth & Income Mutual Funds | A | Dividend | K | T | partial sale | 05/17 | K | | See note in Part VIII |
| 10. IRA Acct - Fidelity Money Market | A | Dividend | K | T | opened | 05/17 | K | | |
| 11. OK Public Employees Retirement, Okla. City, OK | D | Dividend | K | W | | | | | |
| 12. Cash Value Life Insurance, Chattanooga, TN | A | Interest | J | T | | | | | |
| 13. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 14. Bank of Okla - Savings, Okla. City, OK | A | Interest | K | T | | | | | |
| 15. Fidelity Mutual Funds - Spartan Market Index (X) | A | Dividend | K | T | | | | | |
| 16. Fidelity Mutual Funds - Dividend Growth (X) | C | Dividend | K | T | | | | | |
| 17. Fidelity Mutual Funds - Growth & Income (X) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Amended Line 7**

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property # 1, Beaver Co, OK (1980 for $50,000) | C | Rent | K | R | | | | | |
| 2. Leonard Mt Inv LLC real estate Gunnison CO (2004 $300,000) | A | Rent | N | R | | | | | |
| 3. Oil & Gas Royalty Interest, Beaver Co, OK | E | Royalty | K | W | | | | | |
| 4. Oil & Gas Working Interest, Beaver Co, OK Armagost Unit | E | Royalty | L | W | | | | | |
| 5. Oil & Gas Working Interest, Beaver Co, OK, Leonard # 1 | D | Royalty | L | W | | | | | |
| 6. Oil & Gas Working Interest, Beaver Co, OK, Barby # 1 | D | Royalty | L | W | | | | | |
| 7. Oil & Gas Working Interest, Beaver Co, OK, Beard #1 | D | Royalty | L | W | participated | 03/12 | L | | See note in Part VIII |
| 8. Oil & Gas Royalty Interest, Meade Co, KS appraisal 3/18/97 | D | Royalty | K | Q | | | | | |
| 9. IRA Acct - Fidelity Growth & Income Mutual Funds | A | Dividend | K | T | partial sale | 05/17 | K | | See note in Part VIII |
| 10. IRA Acct - Fidelity Money Market | A | Dividend | K | T | opened | 05/17 | K | | |
| 11. OK Public Employees Retirement, Okla. City, OK | D | Dividend | K | W | | | | | |
| 12. Cash Value Life Insurance, Chattanooga, TN | A | Interest | J | T | | | | | |
| 13. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 14. Bank of Okla - Savings, Okla. City, OK | A | Interest | K | T | | | | | |
| 15. Fidelity Mutual Funds - Spartan Market Index (X) | A | Dividend | K | T | | | | | |
| 16. Fidelity Mutual Funds - Dividend Growth (X) | C | Dividend | K | T | | | | | |
| 17. Fidelity Mutual Funds - Growth & Income (X) | C | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Mutual Funds - Growth Company (X) | A | Dividend | J | T | | | | | |
| 19. Fidelity Mutual Funds - Aggressive Growth (X) | A | Dividend | J | T | | | | | |
| 20. Fidelity Mutual FUnds - Cash Reserve (X) | A | Dividend | J | T | | | | | |
| 21. Devon Energy - Common Stock (X) | A | Dividend | K | T | | | | | |
| 22. Noble Corporation - Common Stock (X) | A | Dividend | K | T | | | | | |
| 23. Charles Schwab Money Market Fund (X) | A | Interest | J | T | | | | | |
| 24. Property #1, Okla County, OK (appraisal July 2003) (X) | | None | N | Q | | | | | |
| 25. Mortgage Note # 2 (X) | B | Interest | K | T | Released | 08/08 | | | |
| 26. Mortgage Note # 3 (X) | B | Interest | K | T | Released | 08/08 | | | |
| 27. Non-producing Royalty Interest, Brazoria Co, TX (X) | | None | J | W | | | | | |
| 28. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 29. Bank of Okla - CD - Okla. City, OK | B | Interest | K | T | | | | | |
| 30. IRA Acct - CD - Bank of Beaver, OK | B | Interest | K | T | | | | | |
| 31. Vanguard 500 Index Mutual Funds | A | Dividend | K | T | | | | | |
| 32. Vanquard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 33. Fidelity Mutual Funds - Growth & Income | A | Dividend | K | T | | | | | |
| 34. Fidelity Small Capitol Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citizens Index Mutual Funds | A | Dividend | J | T | | | | | |
| 36. Oakmark Equity & Income Fund | A | Dividend | K | T | | | | | |
| 37. Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 38. ING Direct - CD | A | Interest | | | Redeemed | 08/05 | J | | |
| 39. ING Direct - CD | A | Interest | J | T | | | | | |
| 40. Legacy - Money Market | A | Interest | K | T | | | | | |
| 41. ReliaStar Insurance Annuity Acct (ING) | A | Interest | J | T | | | | | |
| 42. TIAA CREF - Annuity | A | Interest | L | T | | | | | |
| 43. First Oklahoma Investment LLC | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 9: partial sale was transferred to new IRA account in Line 10.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 7: partial participation of royalty interest in well.

Part VII, Line 9: partial sale was transferred to new IRA account in Line 10.

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544